NATIONAL LABOR RELATIONS BOARD,
v. PEERLESS INDUSTRIES, Inc.

No. 11499.

United States Court of Appeals
Sixth Circuit.

Oct. 10, 1952.

George J. Borr, Marshall J. Seidman, Washington, D. C., and Harry N. Casselman, Detroit, Mich., for petitioner.

Thomas J. Donahue and Harry N. Grossman, Detroit, Mich., for respondent.

Before SIMONS, Chief Judge, and HICKS and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that the order of the National Labor Relations Board issued on October 27, 1950, is supported by substantial evidence on the record considered as a whole;

It is ordered that the decree of the National Labor Relations Board be and the same is hereby enforced.

Frank C. PABST and Helen R. PABST, Appellants, v. JOHN P. DANT DISTILLERY COMPANY, Appellee.

No. 11517.

United States Court of Appeals
Sixth Circuit.

Oct. 22, 1952.

Woodward, Hobson & Fulton, Louisville, Ky., Ernest Fulton, Bardstown, Ky., for appellant.

Allen, McElwain, Dinning & Clarke, Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This appeal by the defendants from a judgment entered in the District Court in an action for a declaration of rights involving charges by a warehouseman for labor and services in connection with the withdrawal and delivery of more than five thousand barrels of whiskey has been heard and considered on the record and on the oral arguments and briefs of the attorneys;

And it appearing that the findings of fact of the District Court are supported by substantial evidence and are not clearly erroneous and its conclusions of law are correct;

The judgment of the District Court in favor of the appellee warehouseman is affirmed.